UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOEL VANDERLINDEN,

       Plaintiff,                                            No. 22-11060

v.                                                        Honorable Nancy G. Edmunds

CITY OF WARREN, MAYOR
JAMES FOUTS, JERRY BELL,
and JOHN DOES,

       Defendants.
_____/

**ORDER DISMISSING PLAINTIFF'S STATE LAW CLAIMS**

Plaintiff Joel Vanderlinden brings this civil rights lawsuit against the City of Warren; its Mayor, James Fouts; a number of Warren police officers ("John Does"); and Jerry Bell. Plaintiff brings federal claims under 42 U.S.C. § 1983 and 42 U.S.C. § 1985 but also brings state law claims for false arrest and malicious prosecution.

Because the parties to this matter are non-diverse, this Court declines to exercise supplemental jurisdiction over Plaintiff's state law claims so as to avoid jury confusion. *See* 28 U.S.C. § 1367(c)(4); *Moor v. Cty. of Alameda*, 411 U.S. 693, 716 (1973); *Padilla v. City of Saginaw*, 867 F. Supp. 1309, 1315 (E.D. Mich. 1994). Thus, pursuant to § 1367(c), the state law claims in Counts III and V of Plaintiff's complaint are hereby DISMISSED WITHOUT PREJUDICE. The Court will retain jurisdiction over Plaintiff's federal claims only.

       SO ORDERED.

                                          <u>s/Nancy G. Edmunds</u>
                                          Nancy G. Edmunds
                                          United States District Judge

Dated: June 3, 2022

I hereby certify that a copy of the foregoing document was served upon counsel of record on June 3, 2022, by electronic and/or ordinary mail.

                                        <u>s/Lisa Bartlett</u>
                                        Case Manager